UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

John D. Goldsmith
Christopher J. Dalton
BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, New Jersey 07102
973-273-9800
Attorneys for Defendants,
  Posen Architects, LLC, Dennis Posen
  and William Hamilton

| | |
|---|---|
| THE BIBER PARTNERSHIP AIA, PC, | Civil Action No. 08-459 (HAA/ES) |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |
| POSEN ARCHITECTS, LLC, DENNIS POSEN, and WILLIAM HAMILTON, | |
| Defendants. | |

Defendants Posen Architects, LLC, Dennis Posen, and William Hamilton (collectively, "Defendants"), have requested an Order pursuant to Local Civil Rule 6.1(b) extending their time to Answer, Move, or Reply to the Class Action Complaint, and in support have represented as follows:

1. Defendants were served by hand with Summonses and Complaints on or about January 29, 2008;

2. Defendants have not previously requested any extension of time to Answer, Move, or Reply to the Complaint;

3. Defendants' time to Answer, Move, or Reply to the Complaint currently expires February 19, 2008;

4. Defendants have requested, and plaintiff has agreed, to extend Defendants' time to Answer, Move, or Reply to the Complaint, through and until March 12, 2008.

### ORDER

Based upon the foregoing, the above application is ORDERED GRANTED and Defendants' time to Answer, Move, or Reply to the Complaint is extended to **March 12, 2008**.

This 26 day of February, 2008.

By: _____
Harold A. Ackerman, U.S.D.J.
Esther Salas, U.S.M.J.

### CONSENT AS TO FORM AND ENTRY

By: _____
Christopher J. Dalton, Esq.

Buchanan Ingersoll & Rooney PC
550 Broad Street, Suite 810
Newark, New Jersey 07102

Attorneys for Defendants

Dated: February 14, 2008

By: _____
Gregg A. Paradise, Esq.

Lerner, David, Littenberg,
Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, New Jersey 07090

Attorneys for Plaintiff

Dated: February 13, 2008